UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY BYRON FORD, | ) | 1:05-CV-00381-OWW-LJO-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE AMENDED COMPLAINT |
| v. | ) | (DOCUMENT #14) |
| | ) | |
| F. J. MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of June 23, 2006. Plaintiff requests an extension of time until after the court considers plaintiff's objections filed on July 11, 2006.

In his Objections, Plaintiff states that this Court is without the authority to dismiss the complaint with leave to amend. However, Plaintiff misunderstands the authority of this Court in reviewing and screening the Complaint. The dismissal with leave to amend the Complaint does not "dispose" of the action as Plaintiff contends. The Order issued expressly grants Plaintiff leave to amend as is required under the law and the case remains open until such time as an amended complaint is filed. Such amendment could not be made were the case closed or disposed of.

In light of the above, Plaintiff's Objections will be disregarded. The Court will grant Plaintiff an extension of time of thirty (30) days in which to comply with the Order dismissing the complaint with

1 leave to amend.

2     The Court HEREBY ORDERS:

3     1.    Plaintiff is GRANTED THIRTY (30) days in which to file an Amended Complaint in

4         accordance with the Order issued June 23, 2006.

5 IT IS SO ORDERED.

6 **Dated:   August 25, 2006**         /s/ Lawrence J. O'Neill
  b6edp0                                     UNITED STATES MAGISTRATE JUDGE