IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BYRON FORD,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARTINEZ, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00381-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 19.)<br><br>ORDER DENYING LEAVE TO AMEND<br><br>ORDER DISMISSING ACTION FOR FAILURE/INABILITY TO STATE A CLAIM<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

Ray Byron Ford ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 6, 2008, findings and recommendations were entered, recommending that plaintiff's amended complaint be dismissed, and this action be closed, based on plaintiff's failure/inability to state a claim upon which relief can be granted under § 1983. (Doc. 19.) On October 22, 2008, plaintiff filed objections to the findings and recommendations. (Doc. 22.)

In the objections, plaintiff suggests that the Magistrate only cursorily reviewed his amended complaint and failed to consider defendants' state of mind and the seriousness of withholding food. Plaintiff requests leave to amend the complaint and recites additional facts which he asserts will enable him to state a claim under § 1983.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

The additional facts recited by plaintiff in his objections would not change the result that plaintiff is unable to state a claim upon which relief may be granted under § 1983.  Under the facts, plaintiff is unable to demonstrate that defendants were deliberately indifferent to a risk of serious harm to plaintiff or that any of the named defendants acted to intentionally discriminate against him.  Because courts "need not grant leave to amend where the amendment is futile," AmerisourceBergen Corp. v. Dialysis West, Inc., 445 F.3d 1132, 1136 (9th Cir. 2006), plaintiff's request for leave to amend the complaint shall be denied, and this action shall be dismissed.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 6, 2008, are adopted in full;

2. Plaintiff's request to amend the complaint is denied;

3. This action is dismissed in its entirety, based on plaintiff's failure/inability to state a claim upon which relief may be granted under § 1983; and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   December 5, 2008**               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE